UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jesus Torres

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Department of Social Services
Karen Fischer, Jeannine Locicero

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Amendment 1, 5, Conspiracies to deny equal rights under law, Conspiracies to interfere with civil rights act of 1871 §198, 1986, Article 6 children title Child protective services violations of §413, §414, §415, §420, §421 and §422

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Jesus Torres, is a citizen of the State of
(Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Department of Social services__, is a citizen of the State of
(Defendant's name)

__New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Jesus__ _____ __Torres__
First Name       Middle Initial    Last Name

__Orange County Jail 110 wells farm road #202201799__
Street Address

__Orange County Goshen__      __NY__        __10924__
County/City                   State          Zip Code

__1(917)938-8006__
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

**Defendant 1:** Karen Fischer
First Name / Last Name
Social Services worker
Current Job Title (or other identifying information)
Box Z, 11 Quarry Road
Current Work Address (or other address where defendant may be served)
Orange County  Goshen   NY   10924
County, City / State / Zip Code

**Defendant 2:** Jeannine Locicero
First Name / Last Name
Social Services manager
Current Job Title (or other identifying information)
Box Z, 11 Quarry Road
Current Work Address (or other address where defendant may be served)
Orange County  Goshen   NY   10924
County, City / State / Zip Code

**Defendant 3:** Jane Doe
First Name / Last Name
Social worker
Current Job Title (or other identifying information)
Box Z, 11 Quarry Road
Current Work Address (or other address where defendant may be served)
Orange County  Goshen   NY   10924
County, City / State / Zip Code

Page 4

Defendant 4: _____
             First Name              Last Name

             _____
             Current Job Title (or other identifying information)

             _____
             Current Work Address (or other address where defendant may be served)

             _____
             County, City           State           Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: phone call

Date(s) of occurrence: ⓕ November 3rd 2023  October 17 30th 2022 - ~~October~~ ⓙⓣ November 2nd

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On November 3, 2023 I had a 3 way conversation with Karen Fischer from Social Services regarding a report that I had received from her office. ~~Karl~~ ⓙⓣ Karen had express to me I had no worries it wasnt regarding my child. She then went on to ask me do I have any concerns regarding my child and when was my next court date. I told her yes I do have concerns for my child and that my next court date was November 6th 2023. I told Karen that I was concern about my daughter because she was electrocuted by an outlet socket in the home. Karen went on to ask me how did I know this, I told her that I was on a video call with my daughter on a jail call where I was talking to my child when she waived her hand

Page 5

in front of the camera when I notice a burn mark on her right hand. Then I told Karen that I told my childs mother Brittany to take our daughter to the hospital because the after shock can have long term effect in the long run. The mother argued with me and said no cps will take her from me I told Brittany they wont remove her from the home due to you were at work and your mother was watching her and it was a mistake, she continued to tell me no. So on the 3rd day I told Brittany I will call cps if you dont take her.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$50 million dollars

Jesus Torres            November 6th 2023
#2022-01799

Jesus Torres v Social Service

   So since I to her I will call cps Brittany stop answering my calls for 2 weeks. When she finally answered me she said that if I call her again she will get me killed in jail for getting her kids taken away. I also told Karen that I called Brittany on september 15th 2023 and her boyfriend picked up saying he was going to get me killed in prison. I also told Karen that Brittany had a sexual explicit video of her masterbating on video camera in front of a mirror where you can clearly see her face and her 3 year old daughter was in the background. All Karen would say is how long ago was this even after I said I have the video evidence and phone call conversation she didnt care brushed me off. I also told Karen that Brittany was having sex with men in my room with my daughter being present all she asked me was how I know because Brittany told me on the phone which is recorded and I have solid proof. I also had a conversation on why I was locked up and Karen didnt want to speak about it but I told her that Brittany's 15-year-old sister was showing Brittany's 10-year-old daughter my nudes and me having sex with my other child's mother and other videos on more then two occasion different dates and all the mother said not my nudes not my problem and I will just have to deal with it or put up and shut up, in which Brittany was ok with her daughter seen this. Which Karen didnt care at all. Before the phone called dropped I told Karen our call is being recorded and that I requested her to see me in person. When the call dropped I attempted to call her back more then 10 times directly on her phone where she didnt answer. I also priorly spoke to karen's colleague Jane Doe on October 17th 2022 - November 2nd 2022 about Brittany allowing her daughter to do alot of inappropriate things to me that made me feel uncomfortable and my children seen and it was brushed off and I was arrested. It was also made aware to Social Services that

Brittany attempted to kill her daughter and also on a jail recorded call said she's going to kill her daughter which I have the evidence and it was brushed off. It was also made aware her daughter tried to kill her mother with a hammer and I had to jump in the way. Also how Brittany always has fist fights with her daughter in front of the children even one time when my daughter was a few months she attempted to fight her daughter while holding my daughter and knocking over my son I had to break up the fight and grab all my kids to leave. Also social services was made aware and I have the recording from Brittany that her daughter who is now 13 had sexual intercourse with me when I was blacked out drunk and the child told her mother and the mother was ok with it even though I am being held in jail for sexual intercourse with a minor that I didn't and would never consent to. Also how Brittany made her daughter change her story and now getting sentence to 15 years for false information. Or how in January of 2023 Brittanys daughter called social services on her mother for what she was making her do and Brittany made a deal so that the daughter drops the case, which I have the phone recording of that as well. Which I wrote social services so they can hear the call they wrote me a letter saying basically its none of my business. So I'm being attacked and prosecuted and about to get 15 years in prison because social Social services failed to follow their own reporting procedures. Socail services system has failed me as a parent and as a defendant by not following and sticking with Article 6 children, Title 6 child Protective services NY CLS Soc Serv §422.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

November 6th 2023
Dated

Plaintiff's Signature

Jesus
First Name

Middle Initial

Torres
Last Name

Orange County Jail 110 Wells Farm road #202201799
Street Address

Orange County Goshen          NY               10924
County/City                    State            Zip Code

1(917)938-8006
Telephone Number                 Email Address (if available)


I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Orange County Jail
110 Wells Farm road
Goshen NY 10924
Jesus Torres 20220179

US POSTAGE $001.50
ZIP 10924
FIRST-CLASS

RECEIVED
SDNY PRO SE OFFICE

USMS SDNY

Clerk
United States District Court
Southern District of New York
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street New York NY 10007-1312
Official Business
Pro se Intake Unit

RECEIVED
DEC 01 2023
PRO SE OFFICE

medz

Confidential

LEGAL MAIL