UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jesus Torres,<br><br>                    Plaintiff,<br><br>       -against-<br><br>DEPARTMENT OF SOCIAL SERVICES;<br>KAREN FISCHER; JEANNINE LOCICERO;<br>JANE DOE,<br><br>                    Defendant. | 23cv10553 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 29, 2024
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge